UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>   )<br>   Plaintiff/Respondent,   )<br>   )<br>V.   )<br>   )<br>PHILLIP LOVINS,   )<br>   )<br>   Defendant/Movant.   )  | Criminal Action No. 5: 19-181-DCR<br>and<br>Civil Action No. 5: 22-101-DCR<br><br>**JUDGMENT** |

*** *** *** ***

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Defendant/Movant Phillip Lovins' motion and amended motion to vacate, correct, or set aside his sentence pursuant to 28 U.S.C. § 2255 [Record Nos. 51, 54] is **DENIED** and his claims are **DISMISSED**, with prejudice.

2. Judgment is entered in favor of Plaintiff/Respondent United States of America with respect to all issues raised in this proceeding.

3. The movant/defendant's collateral proceeding is **DISMISSED** and **STRICKEN** from the docket.

4. A Certificate of Appealability will not issue.

5. The Clerk of the Court is directed to transmit a copy of this Judgment and the corresponding Memorandum Opinion and Order to the movant/defendant.

- 2 -

Dated: April 24, 2023.

*Danny C. Reeves*, Chief Judge
United States District Court
Eastern District of Kentucky